Dismissed and Memorandum Opinion filed April 17, 2008








Dismissed
and Memorandum Opinion filed April 17, 2008.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-07-00728-CV

____________

 

DARRELL BROWNING,
Appellant

 

V.

 

VANNESSA BROWNING,
Appellee

 



 

On Appeal from the 310th District
Court

Harris County, Texas

Trial Court Cause No.
2007-18155

 



 

M E M O R
A N D U M   O P I N I O N

This is
an appeal from a judgment signed July 30, 2007.  The clerk=s record was filed on November 13,
2007.  The reporter=s record was filed November 14, 2007.  No brief was filed.

On
February 7, 2008, this Court issued an order stating that unless appellant
submitted his brief, together with a motion reasonably explaining why the brief
was late, on or before March 7, 2008, the Court would dismiss the appeal for
want of prosecution.  See Tex. R.
App. P. 42.3(b).








Appellant filed no response.

Accordingly,
the appeal is ordered dismissed.

 

PER
CURIAM

 

Judgment rendered and Memorandum Opinion filed April
17, 2008.

Panel consists of Justices Yates, Anderson, and Brown.